August 15, 1980.

428 A.2d 682

Commonwealth v. Pompey, Appellant.

Submitted December 6, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

428 A.2d 682

Cherney v. Cherney, Appellant.

Submitted March 21, 1978. James G. Kellar, for appellant; Richard J. Makoul, for appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Appeal is dismissed as untimely filed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.